1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   ROBERT E. HARWELL, JR.,

13          Plaintiff,                    No. CIV. S-04-0534-LKK-PAN

14       vs.

15   JO ANNE B. BARNHART,
     Commissioner of Social
16   Security,                                         ORDER

17          Defendant.
     _____/

18

19       On August 15, 2005, I adopted the magistrate judge's findings

20   and recommendations and granted plaintiff's motion for summary

21   judgment.  On August 30, the Commissioner filed a "Motion to Alter

22   or Amend Judgment."

23       In the judgment at issue, I reversed the administration's

24   decision on the ground the ALJ improperly relied on x-rays to

25   discredit plaintiff's complaints of pain and fatigue due to

26   fibromyalgia, depression and obesity--impairments which the ALJ

                                    1

1  found severe.  Plaintiff complained his pain and fatigue impaired

2  his abilities to stand, walk, sit, bend, lift, use his arms,

3  tolerate people, concentrate and remember.  The ALJ found

4  plaintiff's assertions "not fully credible in light of

5  discrepancies between his statements and the information contained

6  in the documentary reports," relying in significant part upon a

7  series of x-rays demonstrating minimal objective findings.  X-rays

8  do not discredit a claimant's subjective complaints of pain

9  accompanying depression, fibromyalgia or obesity.  Nor did the

10  further objective medical findings recounted by the ALJ.  The ALJ

11  failed to undertake the ponderous credibility assessment required

12  by 20 C.F.R. § 404.1529 and S.S.R. 96-7p; rather, his reliance

13  without analysis upon the medical evidence suggested his findings

14  were both unreliable and pretextual.

15      Nothing in the Commissioner's motion leads me to a different

16  result.  Accordingly, the motion is denied.

17      So ordered.

18  DATED:  September 1, 2005.

19                              /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
20                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
21

22

23

24

25

26